UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WAYNE ROSE,

                Plaintiff,

v.

ROBERT GOLDMAN, et al.,

                Defendants.
-------------------------------------------------------X

**MEMORANDUM AND ORDER**
02-CV-5370 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

The court is in receipt of a letter from *pro se* Plaintiff Wayne Rose dated April 10, 2008. Rose states that a recent serious illness has rendered him unable to comply with the court's January 25, 2008 Order, which directed him to refile in proper form his papers in opposition to Defendants' motions for summary judgment. Rose requests a stay of "at least 6 months" to allow him to comply with the court's Order.

While the court is sympathetic to Rose's illness, it declines to grant such a lengthy extension in this case. Because Plaintiff is *pro se*, however, the court grants him an additional sixty days from the date of this Order to comply with the January 25, 2008 Order. Plaintiff is advised that there will be no further extensions.

The Clerk of Court is directed to send a copy of this Order to Plaintiff via U.S. Mail.

SO ORDERED.

/signed/

Dated: April 22, 2008
      Brooklyn, N.Y.

NICHOLAS G. GARAUFIS
United States District Judge

1