UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WAYNE ROSE,

                  Plaintiff,

- Against –

ROBERT GOLDMAN; WILLIAM FORD;
JUDE OKORA; COLLEEN WALSH; EVELYN
SANTIAGO; CHRISTOPHER STANECKI;
ANTHONY CASALE, JR.; CHRISTOPHER
KAZLAU; DAVID BETHEL; SYLVIA WAY;
THE CITY OF NEW YORK; and THE STATE
OF NEW JERSEY,

                  Defendants.

-------------------------------------------------------------X

**ORDER**
**02 CV 5370 (NGG) (LB)**

**BLOOM, United States Magistrate Judge:**

Pursuant to Fed. R. Civ. P. 60(a), the last page of my December 9, 2009 Report and Recommendation is corrected to read as follows: Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the *fourteen*-day period.[1]

SO ORDERED.

                  /S/
                  LOIS BLOOM
                  United States Magistrate Judge

Dated: December 16, 2009
       Brooklyn, New York

---

[1] See December 9, 2009 Report and Recommendation, Document 189 at 32 (stating in error that objections must be made within a ten-day period).

1